25-mc-0032

**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, Petitioner | : | No. 3109 Disciplinary Docket No. 3 |
| v. | : | No. 37 DB 2025 |
| BRIAN DOOLEY KENT, Respondent | : | Attorney Registration No. 94221 |
| | : | (Philadelphia) |

**ORDER**

**PER CURIAM**

**AND NOW,** this 23rd day of May, 2025, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Brian Dooley Kent is suspended on consent from the Bar of this Commonwealth for a period of three years, with one year to be served. The remaining suspension period is stayed, and he is placed on probation for two years, subject to the following conditions:

1. Respondent shall undergo counseling throughout the three-year period of his suspension, on at least a monthly basis or as prescribed by his mental health professional;
2. Respondent shall cooperate with the directions of the mental healthcare professional supervising his treatment;
3. Respondent shall file quarterly written reports with the Board Prothonotary, which shall reflect his continued compliance with these conditions, and shall attach reports from his mental healthcare professional verifying the above counseling and treatment; and

4. Respondent shall not commit any violations of the Rules of Professional Conduct or Rules of Disciplinary Enforcement.

Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

A True Copy Nicole Traini
As Of 05/23/2025

Attest: Nicole Traini
Chief Clerk
Supreme Court of Pennsylvania

**Jesse G. Hereda**
Executive Director

**Dana C. Belella**
Assistant Director

**Marcee D. Sloan**
Board Prothonotary

-------------------------

**Laura K. Mohney**
Counsel to the Board

**Kimberly M. Henderson**
Special Counsel

THE DISCIPLINARY BOARD
OF THE
SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
(717) 231-3380
**www.padisciplinaryboard.org**

**Members of the Board**
David S. Senoff
***Board Chair***
Shohin H. Vance
***Board Vice-Chair***
* Celeste L. Dee
Robert J. Mongeluzzi
Joshua M. Bloom
Laura E. Ellsworth
Gaetan J. Alfano
Catherine R. O'Donnell
* Joshua F. Wilson
Bryan S. Neft
Ryan J. Cassidy
Scott B. Cooper

* *Non-Lawyer Member*

FAX (717) 231-3381

Brian Dooley Kent
960 Pennbrooke Lane
Lower Gwynedd, PA 19002

May 23, 2025

RE: Office of Disciplinary Counsel
v. BRIAN DOOLEY KENT
No. 3109 Disciplinary Docket No. 3
No. 37 DB 2025
Attorney Registration No. 94221
(Philadelphia)

Admitted 4/11/2012

Dear Mr. Kent:

The Prothonotary of the Supreme Court of Pennsylvania has forwarded to us a certified copy of the Order of that Court dated May 23, 2025 (copy enclosed), that "... Brian Dooley Kent is suspended on consent from the Bar of this Commonwealth for a period of three years, with one year to be served. The remaining suspension period is stayed and he is placed on probation for two years, subject to the following conditions...". Respondent shall comply with all the provisions of Pa.R.D.E 217..." such action to take effect 30 days from the date of the Order. The probation conditions will take effect upon reinstatement from the one-year suspension.

For your guidance, compliance and information, I am enclosing the following:

1. Standard Guidance of the Disciplinary Board to Lawyers who have been Suspended One Year or Less.
2. Rule 217 of the Pa.R.D.E.
3. Form DB-23, Nonlitigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
4. Form DB-24, Litigation Notice of Disbarment, Suspension or Transfer to Inactive Status.
5. Form DB-25, Statement of Compliance.

You are now required to comply with the Pennsylvania Rules of Disciplinary Enforcement and Disciplinary Board Rules as enclosed herewith.

Very truly yours,

Marcee D. Sloan
Board Prothonotary

MDS/mlb
Enclosures

cc: Andrea Tuominen, Court Administrator of Pennsylvania
Ms. Kathryn P. Morgan, Executive Director, PA Lawyers Fund for Client Security
Hon. Nina Wright Padilla, P.J., Court of Common Pleas, Philadelphia County
Eric Feder, Clerk of Courts, Court of Common Pleas, Philadelphia County
Richard T. McSorley, District Court Administrator, Court of Common Pleas, Philadelphia County
Peter Welsh, Clerk, U.S. District Court Middle District
Terrence S. Miller, Clerk, U.S. Bankruptcy Court, Middle District of PA
George Wylesol, Clerk, U.S. District Court, Eastern District of Pennsylvania
Timothy B. McGrath, Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
Brandy S. Lonchena, Clerk, U.S. District Court, Western District of PA
Michael Rhodes, U.S. Bankruptcy Court, Western District of Pennsylvania
Thomas J. Farrell, Chief Disciplinary Counsel
Jeffrey M. Krulik, Disciplinary Counsel
Ellen C. Brotman, Esq., Counsel for Respondent