**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF** | **:** | |
| | **:** | |
| | **:** | **MISCELLANEOUS** |
| | **:** | **No. 25-MC-0032** |
| **BRIAN DOOLEY KENT** | **:** | |
| | **:** | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Respondent Brian Dooley Kent.

Respectfully Submitted,

By: s/ Ellen C. Brotman
Ellen C. Brotman (PA State Bar No. 71775)
BROTMANLAW, PLLC
300 New Jersey Ave, NW Ste 200
Washington, D.C. 20001
E-mail: ebrotman@ellenbrotmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th Day of June 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The foregoing is available for viewing and downloading from the CM/ECF system, which will also send e-mail notification of such filing to all attorneys of record in this action.

s/ Ellen C. Brotman
Ellen C. Brotman (PA State Bar No. 71775)
BROTMANLAW, PLLC
300 New Jersey Ave, NW Ste 200
Washington, D.C. 20001
E-mail: ebrotman@ellenbrotmanlaw.com
Attorney for Brian Dooley Kent