BrotmanLaw PLLC

Ellen C. Brotman, Esq.

300 New Jersey Ave NW, Suite 300
Washington, DC 20001

834 Chestnut Street, Suite 206
Philadelphia, PA 19107

D: 484-614-8523 F: 484-930-0595
E: ebrotman@ellenbrotmanlaw.com
W: ellenbrotmanlaw.com

June 25, 2025

The Honorable Mitchell S. Goldberg
Chief United States District Judge
for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1711

Re: Brian Dooley Kent
25-MC-0032

Dear Judge Goldberg,

I represent Brian Dooley Kent relating to the imposition of discipline in this Court, reciprocal to the suspension imposed by the Pennsylvania Supreme Court, effective June 23, 2025. In Response to the Court's Order to Show Cause, Mr. Kent does not oppose the imposition of reciprocal discipline by this Court. We only request that the suspension be imposed retroactively, beginning as of June 23, 2025.

Thank you for your attention to this matter.

Sincerely,

Ellen C. Brotman