BrotmanLaw PLLC

Ellen C. Brotman, Esq.

300 New Jersey Ave NW, Suite 300
Washington, DC 20001

834 Chestnut Street, Suite 206
Philadelphia, PA 19107

D: 484-614-8523 F: 484-930-0595
E: ebrotman@ellenbrotmanlaw.com
W: ellenbrotmanlaw.com

June 25, 2025

By email
Ms. Gail Olson
Clerk's Office
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19107

Re: Brian Dooley Kent
Attorney No. 94221

Dear Ms. Olson,

This is to advise the Court that the above-referenced attorney, Brian Dooley Kent, was suspended for a period of three years, with two years stayed by the Supreme Court of Pennsylvania, Order attached. The Order is effective June 23, 2025.

Thank you for your attention to this matter. If you have any questions, please feel free to contact me.

Sincerely,

Ellen Brotman

Ellen C. Brotman, Esq.

**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3109 Disciplinary Docket No. 3 |
| Petitioner | : | No. 37 DB 2025 |
| v. | : | Attorney Registration No. 94221 |
| | : | (Philadelphia) |
| BRIAN DOOLEY KENT, | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

**AND NOW,** this 23rd day of May, 2025, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Brian Dooley Kent is suspended on consent from the Bar of this Commonwealth for a period of three years, with one year to be served. The remaining suspension period is stayed, and he is placed on probation for two years, subject to the following conditions:

1. Respondent shall undergo counseling throughout the three-year period of his suspension, on at least a monthly basis or as prescribed by his mental health professional;
2. Respondent shall cooperate with the directions of the mental healthcare professional supervising his treatment;
3. Respondent shall file quarterly written reports with the Board Prothonotary, which shall reflect his continued compliance with these conditions, and shall attach reports from his mental healthcare professional verifying the above counseling and treatment; and

4. Respondent shall not commit any violations of the Rules of Professional Conduct or Rules of Disciplinary Enforcement.

Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).

A True Copy Nicole Traini
As Of 05/23/2025

Attest: Nicole Traini
Chief Clerk
Supreme Court of Pennsylvania