**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | : | **MISCELLANEOUS** |
| | : | |
| **BRIAN DOOLEY KENT** | : | **NO. 25-mc-0032** |

## ORDER

**AND NOW**, this 30th day of July, 2025, respondent having been ordered on June 17, 2025, to show cause, within thirty (30) days, why he should not be **suspended on consent** from the practice of law in this court for a period of three (3) years with one (1) year to be served. The remaining suspension period is stayed, effective thirty (30) days from May 23, 2025, and respondent having answered and not requested a hearing, it is hereby

**ORDERED** that respondent is **suspended on consent** from the practice of law in this court for a period three (3) years with one (1) year to be served. The remaining suspension period is stayed, effective thirty (30) days from May 23, 2025, and until further Order of this court.

**BY THE COURT:**

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG**
**Chief Judge**