25-mc-0032

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DISCIPLINE OF BRIAN D. KENT, ATTORNEY REGISTRATION NUMBER 94221, A MEMBER OF THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA | ) | Misc. No. 2:25-mc-681 |

**ORDER**

WHEREAS this Court issued an Order to Show Cause to Attorney Brian D. Kent ("Attorney Kent") on June 12, 2025 to show good cause why an order of suspension on consent from the Bar of this Court for a period of three years, with one year to be served and two years stayed, but with probation, reciprocal to an order of the Supreme Court of Pennsylvania dated May 23, 2025, entered in Disciplinary Proceeding Number 37 DB 2025 should not be entered by this Court (ECF #1).

WHEREAS this Court received no response to the Order to Show Cause.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Kent is reciprocally suspended for a period of three years from the Bar of the United States District Court for the Western District of Pennsylvania, effective retroactively to June 22, 2025. The terms set forth in the Supreme Court of Pennsylvania's May 23, 2025 order entered in Disciplinary Proceeding Number 37 DB 2025 apply such that a one-year term of suspension shall be served, followed by a two-year period of probation subject to all conditions stated in that order;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Kent's CM/ECF User Accounts and identify Attorney Kent as being suspended in the Court's attorney admission records; and

IT IS FURTHER ORDERED that Attorney Kent must file a Petition for Reinstatement with the Clerk of Court before he can resume the practice of law before this Court. LCvR 83.3G. Because suspension of Attorney Kent's CM/ECF User Account will prevent him from filing documents electronically, Attorney Kent will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically; and

IT IS FINALLY ORDERED that the Clerk of Court is directed to give notice of the entry of this order to Attorney Kent via registered or certified mail sent to the mailing address reflected on the Pennsylvania Disciplinary Board's May 23, 2025 transmittal letter because the address that Attorney Kent previously provided to this Court is for a law firm that is no longer in operation under the name or at the address given.

Dated: July 28, 2025

BY THE COURT:

*/s/ Mark R. Hornak*
Mark R. Hornak
Chief United States District Judge

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**Brandy S. Lonchena**
Clerk of Court

Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 3100
Pittsburgh, Pennsylvania 15219
(412) 208-7500

July 28, 2025

VIA U.S. CERTIFIED MAIL

Mr. Brian D. Kent
960 Pennbrooke Lane
Lower Gwynedd, PA 19002

RE: Order – Case No. 2:25-mc-681

Dear Mr. Kent:

Enclosed please find an Order of Court, with Notice of Electronic Filing, that was entered in the above captioned matter on July 28, 2025, which is self-explanatory.

Sincerely,

Brandy S. Lonchena
Clerk of Court

By: ____________________
Attorney Advisor

Enclosure

cc: Ms. Patricia S. Dodszuweit, Third Circuit Clerk
Mr. Peter J. Welsh, Clerk of PA Middle District Court
Mr. George Wylesol, Clerk of PA Eastern District Court
Mr. Michael R. Rhodes, Clerk, PA Western District Bankruptcy Court
Ms. Kaitlin Gorman, PA Supreme Court Prothonotary
Mr. James M. Fox, PA Disciplinary Board Counsel-In-Charge